## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Case No.  CR-22-057-D |
| | ) | |
| DONALD STUART VERHOORN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause shown, the United States' Motion to Unseal Indictment [Doc. No.

3], is GRANTED. It is therefore ordered that the Indictment in the above-referenced matter

be unsealed.

**IT IS SO ORDERED** this 17th day of February, 2022.

_____

TIMOTHY D. DeGIUSTI
Chief United States District Judge